Gmail **Jonathan Wilsman <wilsmanjonathan@gmail.com>**

# Better Rise Capital Account Verification Form

4 messages

**Gustavo Pardo** <gpardo@betterrisecapital.com> Tue, Aug 19, 2025 at 2:17 PM
To: "wilsmanjonathan@gmail.com" <wilsmanjonathan@gmail.com>

BETTER RISE CAPITAL
BUSINESS FUNDING DONE BETTER




1. Fill In Information
2. Attach the last four months of business bank statements
3. Sign & Submit!



**Gustavo Pardo | Better Rise Capital**
**Business Development Representative**
(949) 267-7211
gpardo@betterrisecapital.com
www.betterrisecapital.com
2525 Main St Suite 410 Irvine, CA 92614

BETTER RISE CAPITAL

BBB ACCREDITED BUSINESS

Google Reviews

Trustpilot

CONFIDEN TIALITY NOTICE: This e-mail transmission and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or if you are not responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. For legal advice, please consult with an attorney. For tax advice, please consult with an accountant.