**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| **JONATHAN WILSMAN,** individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>**BETTER RISE CAPITAL LLC** a California Limited Liability Company<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>**6:25-cv-01857-AGM-NWH** |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Jonathan Wilsman and Defendant Better Rise Capital LLC, through their respective counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff's individual claims against Defendant shall be dismissed with prejudice. The putative class claims are dismissed without prejudice. Each party shall bear its own attorneys' fees, costs, and expenses.

Dated: August 6, 2026,    Respectfully submitted,


/s/ Paul Urich
Paul Urich (FL Bar no. 88780)
support@elevatelegalsolutions.com
ELEVATE LEGAL SOLUTIONS PLLC
7901 4th Street N, Suite 300
St Petersburg, FL 33702
Telephone: (800) 320-3698
*Counsel for Plaintiff and the Putative Class*

/s/ Jenniffer Cabrera
Jenniffer Cabrera (FBN 1034545)
J. Cabrera Law, P.A. 1825 NW
Corporate Blvd, Ste. 100
Boca Raton, Florida 33431
Telephone: 561-834-0883
jc@jcabreralaw.com
*Counsel for Defendant Better Rise Capital, LLC*