**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| **JONATHAN WILSMAN,** individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**BETTER RISE CAPITAL LLC** a California Limited Liability Company<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>**6:25-cv-01857-AGM-NWH** |

**[PROPOSED] ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon the Parties' Joint Stipulation of Voluntary Dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Having considered the Stipulation and being otherwise fully advised in the premises, the Court finds that it should be approved.

Accordingly, Plaintiff Jonathan Wilsman's individual claims against Defendant Better Rise Capital, LLC are **DISMISSED WITH PREJUDICE**, and the putative class claims asserted against Defendant are **DISMISSED WITHOUT PREJUDICE**.

Each Party shall bear its own attorneys' fees and costs.

The Clerk is directed to close this case.

DONE AND ORDERED in Orlando, Florida, this _____ day of ______________, 2026.

______________________________________

ANNE-LEIGH GAYLORD MOE

United States District Judge